■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL GRANT, Appellant. [6 NYS3d 489]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated November 5, 2014 (*People v Grant*, 122 AD3d 643 [2014]), affirming a judgment of the Supreme Court, Kings County, rendered November 10, 2008.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Balkin, J.P., Leventhal, Hinds-Radix and LaSalle, JJ., concur.